UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHEILA LOGUE,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE RAND CORPORATION,<br><br>    DEFENDANT. | Case No. 1:21-cv-11672-PBS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate to the dismissal of all claims asserted and that could have been asserted in Plaintiff's Complaint, with prejudice, without fees or costs to any party, and with all rights of appeal waived.

Dated: October 4, 2023

PLAINTIFF
SHEILA LOGUE,

By her attorney,

*/s/   Michael Ackerstein*
Michael Ackerstein (BBO# 687764)
Ackerstein Law
1309 Beacon St., Suite 300
Brookline, MA 02446
(617) 603-0076
Michael@ackersteinlaw.com

Respectfully & jointly submitted,

DEFENDANT
THE RAND CORPORATION

By its attorneys,

*/s/ Alison Silveira*
Alison H. Silveira (BBO No. 666814)
asilveira@seyfarth.com
Daniel B. Klein (BBO #638059)
dklein@seyfarth.com
Abigail D. Skinner (BBO No. 709705)
askinner@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
TEL: 617-946-4800
FAX: 617-946-4801

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 4, 2023, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

            */s/  Abigail Skinner*
            Abigail Skinner